Mark A. Broughton, #079822
Jeffrey T. Hammerschmidt, #131113
Sally S. Vecchiarelli, #305636
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, MARISOL QUINTERO SOLORIO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br><br>MARISOL QUINTERO SOLORIO,<br><br>  Defendant. | Case No.: 1:15-CR-00319-LJO-SKO-6<br><br>**ORDER APPROVING STIPULATION TO SPECIALLY SET HEARING ON MOTION FOR DISCOVERY**<br><br>**Date: August 22, 2017**<br>**Time: 8:30 a.m.**<br>**Courtroom 4, 7th Floor**<br>**Judge: Honorable Lawrence J. O'Neill** |

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1.    The motion for discovery is specially set and will be heard on Tuesday, August 22, 2017 at 8:30 a.m.;

2.    Ms. Servatius shall serve and file her response to the motion by Friday, August 18, 2017

IT IS SO ORDERED.

Dated:   **August 15, 2017**          _____**/s/ Lawrence J. O'Neill**_____
                                       UNITED STATES CHIEF DISTRICT JUDGE