IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARISOL QUINTERO SOLORIO,<br><br>　　　　　Defendant. | Case No.: 1:15-cr-00319-006 LJO SKO<br><br>ORDER AFTER DISCOVERY HEARING |

　　　The Court conducted a hearing on August 22, 2017 on the Defense Discovery Motion. All matters were resolved on the record with the exception of a limited matter, which is the subject of this Order.

　　　It is hereby ORDERED that the California Highway Patrol, one of the investigating agencies involved in the ultimate arrest of the Defendant, is required to respond to the Subpoena Duces Tecum that requested the MVARS, Disc #07/29/15 K9, Event #11. The response must be made under penalty of perjury.

IT IS SO ORDERED.

　Dated:　**August 22, 2017**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE