1  PHILLIP A. TALBERT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00319 LJO-SKO |
12 | Plaintiff, | STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND ORDER THEREON |
13 | v. | |
14 | RAUL ESPARZA, ET. AL. | Date: January 9, 2018 |
15 | Defendants. | Time: 10:00 a.m. Honorable Lawrence J. O'Neill |

16

17      The United States of America, by and through PHILLIP A. TALBERT, United States Attorney,

18 and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and

19 through their respective attorneys of record, hereby stipulate to continue the trial in this case from

20 January 9, 2018 until July 10, 2018 at 8:30 a.m.

21      The parties request that time be excluded between January 9, 2018 through July 10, 2018 for the

22 following reasons: (1) counsel for the government is recovering from medical treatment for a serious

23 health condition and is unable to prepare for trial and try the matter on January 9, 2018; and (2) the

24 requested trial date represents the earliest date that all counsel are available thereafter, taking into

25 account counsels' schedules, defense counsels' commitments to other clients, and the need for

26 preparation in the case and further investigation.

27      The parties further believe that time should be excluded until July 10, 2018, in that failure to

28 grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and

Stipulation to Continue Trial Date and Trial Confirmation    1

unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: November 16, 2017         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ *Kathleen A. Servatius*
                                 KATHLEEN A. SERVATIUS
                                 Assistant United States Attorney

Dated:  November 16, 2017        /s/ *Alonzo Gradford*
                                 Attorney for Raul Carrasco Esparza

Dated:  November 16, 2017        /s/ *E. Marshall Hodgkins*
                                 Attorney for Defendant Hecotor Gonzales

Dated:  November 16, 2017        /s/ *Kevin G. Little*
                                 Attorneys for Defendant Johnny Sone Voravong

Dated:  November 16, 2017        /s/ *Barbara O'Neill*
                                 Attorneys for Defendant Julio Barron

Dated:  November 16, 2017        /s/ *Mark Broughton*
                                 Attorneys for Defendant Marisol Solorio

Dated:  November 16, 2017        /s/ *Nicholas A. Capozzi*
                                 Attorneys for Defendant Amador Faalaga

## ORDER

IT IS HEREBY ORDERED that the trial in this case be continued from January 9, 2018 until July 10, 2018 at 8:30 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2018 through July 10, 2018, inclusive, is deemed excludable

pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 30, 2017**           /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE