Mark A. Broughton, PC #079822
MARK A. BROUGHTON, PC
2300 Tulare Street, Suite 215
Fresno, California 93721
Tele: (559) 691-6222
Fax: (559) 691-6221

Attorney for Defendant, MARISOL QUINTERO SOLORIO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARISOL QUINTERO SOLORIO,<br><br>　　　　　Defendant. | **CASE NO. 1:15-CR-00319 LJO-SKO**<br><br>**ORDER ON PETITION REGARDING DEFENDANT'S SURRENDER DATE** |

　　　Marisol Quintero Solorio, by and through her attorney of record, Mark A. Broughton, having requested permission to file Petition for Order Postponing Surrender date of August 9, 2019, and good cause appearing therefore as set forth in the Defendant's petition, the petition is hereby granted. Therefore, Marisol Quintero Solorio shall surrender by 2:00 p.m. on September 6, 2019.

IT IS SO ORDERED.

　　Dated:　**August 8, 2019**　　　　　　**/s/ Lawrence J. O'Neill**　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1