HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> vs. <br> MARISOL SOLORIO QUINTERO, <br> *Defendant,* | Case No. 1:15-cr-00319 LJO-SKO-6 <br><br> **APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |

   Defendant, Marisol Solorio Quintero, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

   Ms. Quintero had retained counsel and is now seeking appointed counsel under General Order 595, which appoints counsel for all indigent defendants seeking assistance under the First Step Act. She submits the attached Financial Affidavit as evidence of her inability to retain counsel. Ms. Quintero was sentenced to a 51-month term of imprisonment on April 29, 2019 and is currently in custody.

   After reviewing the attached Financial Affidavit, it is respectfully recommended that CJA panel counsel Mark A. Broughton be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Ms. Quintero on her compassionate release proceedings related to this case.

DATED: January 14, 2021         */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

## **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Mark A. Broughton pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **January 14, 2021**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

-2-