McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARISOL SOLORIO QUINTERO,<br><br>Defendant. | 1:15-CR-00319 NONE<br><br>STIPULATION FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Marisol Solorio Quintero, by and through her attorney, Mark Broughton, hereby stipulate that the government's response to the defendant's motion for compassionate release shall be filed on or before March 15, 2021. The defendant's reply shall be due on or before March 29, 2021.

Dated: February 11, 2021          Respectfully,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ *[signature]*
                                  KATHLEEN A. SERVATIUS
                                  Assistant United States Attorney

Dated: February 11, 2021          /s/ *Jaya C. Gupta*
                                  Mark Broughton, Attorney for Marisol Solorio Quintero

STIPULATION FOR EXTENSION OF TIME AND ORDER
THEREON

**ORDER**

In accordance with the parties' stipulation, the government's response to the defendant's motion for compassionate release shall be filed on or before March 15, 2021. The defendant's reply shall be due on or before March 29, 2021.

IT IS SO ORDERED.

Dated: **February 16, 2021**

_____
UNITED STATES DISTRICT JUDGE