PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:15-CR-00319 NONE |
|---|---|
| Plaintiff, | STIPULATION EXTENDING DATE FOR GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AND ORDER THEREON |
| v. | |
| MARISOL SOLORIO QUINTERO, | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Marisol Solorio Quintero, by and through her attorney, Mark Broughton, hereby stipulate that the government's response to the defendant's motion for compassionate release shall be extended from March 15, 2021 until March 16, 2021.  .

Dated:  March 15, 2021

Respectfully,

PHILLIP A. TALBERT
Acting  United States Attorney

/s/  *Kathleen Servatius*

KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  March 15, 2021

/s/ *Mark Broughton*
Mark Broughton, Attorney for Marisol Solorio Quintero

1

**<u>ORDER</u>**

2

IT IS SO ORDERED.

3

SIGNED on March 16, 2021, at Houston, Texas.

4

5

_____

6

Lee H. Rosenthal
Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28