IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARISOL SOLORIO-QUINTERO,<br><br>Defendant. | CASE NO.  1:15-CR-00319-LHR-SKO<br><br>ORDER GRANTING STAY OF COURT'S ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE<br>18 U.S.C § 3582(C)(1)(A) |

    The United States of America having requested a seven-day stay of this Court's order granting defendant Marisol Solorio-Quintero's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) in order to permit filing a motion for reconsideration, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Court's decision shall be stayed for seven days until April 8, 2021 to permit the filing of a motion for reconsideration.

Dated:  April  1 , 2021

_____
HONORABLE LEE H. ROSENTHAL

ORDER GRANTING MOTION TO STAY COURT'S ORDER    1