1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00319-LHR-SKO |
| Plaintiff, | ORDER GRANTING EXTENSION OF STAY OF COURT'S ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE |
| v. | 18 U.S.C § 3582(C)(1)(A) |
| MARISOL SOLORIO-QUINTERO, | |
| Defendant. | |

16

17      The United States of America has requested a stay of this Court's order granting defendant Marisol

18  Solorio-Quintero's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A), to permit a

19  motion for reconsideration.  The Court grants the motion to stay the order granting the defendant's motion

20  for compassionate release, until the Court rules on the government's motion for reconsideration.

21

22  Dated:  April 8, 2021                    _Lee H. Rosenthal_____

23                                    HONORABLE LEE H. ROSENTHAL

24
25
26
27
28